1066

No. 01–578. WHITE ET AL. v. SUNDSTRAND CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–585. INTERSTATE LITHO CORP. v. BROWN ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–586. CLARK v. CLARK. Sup. Ct. Utah. Certiorari denied.

No. 01–590. D'ALESSIO ET AL. v. NEW YORK STOCK EXCHANGE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–591. CACCIOLA ET AL. v. SIMS COMMUNICATIONS, INC., ET AL. Sup. Ct. Wash. Certiorari denied.

No. 01–597. DUDA v. CALIFORNIA. App. Div., Super. Ct. Cal., Santa Cruz County. Certiorari denied.

No. 01–599. LEE v. SUN LIFE ASSURANCE COMPANY OF CANADA. C. A. 5th Cir. Certiorari denied.

No. 01–601. LOCHBAUM ET AL. v. ST. PAUL INSURANCE COS. C. A. 3d Cir. Certiorari denied.

No. 01–602. KELLY, INDIVIDUALLY AND REPRESENTATIVE OF THE ESTATE OF KELLY, ET AL. v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–604. WILBURN v. KAISER FOUNDATION MEDICAL GROUP ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–606. BEAUCLAIR, DIRECTOR, IDAHO DEPARTMENT OF CORRECTION, ET AL. v. PUENTE GOMEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–607. DUJARDIN v. INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–608. SMITH v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–609. SMALLWOOD v. SMALLWOOD. Sup. Ct. Ala. Certiorari denied.